■ SUZANNE C. FRY, Appellant, v STATE OF NEW YORK, Respondent.—Order unanimously affirmed, without costs, for reasons stated in memorandum decision at Court of Claims, Moriarty, J. (Appeal from order of Court of Claims, Moriarty, J.—late notice of claim.) Present—Dillon, P. J., Doerr, Denman, Boomer and Pine, JJ.

■ JOHN DEERE COMPANY, INC., Respondent, v MARINE MIDLAND BANK, N. A., Appellant.—Order unanimously affirmed, with costs, for reasons stated at Special Term, Tenney, J. (Appeal from order of Supreme Court, Onondaga County, Tenney, J.—summary judgment.) Present—Dillon, P. J., Doerr, Denman, Boomer and Pine, JJ.